UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24756-CIV-MORENO

VICTOR ARIZA,

    Plaintiff,

vs.

KILWIN'S CHOCOLATES FRANCHISE,
INC. d/b/a KILWIN'S, a foreign for-profit
corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Notice of Settlement **(D.E. 9)**, filed on **February 14, 2024**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___15___ of February 2024.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record